Cite as 2016 Ark. 316



# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT BOARD OF CERTIFIED COURT REPORTER EXAMINERS | **Opinion Delivered** September 15, 2016 |

**PER CURIAM**

Honorable Brad L. Karren of Bentonville, Circuit Judge, 19th West Judicial Circuit, is appointed to the Arkansas Supreme Court Board of Certified Court Reporter Examiners for a three-year term expiring on September 15, 2019. The court thanks him for his willingness to serve on this important board.

The court expresses its gratitude to outgoing member Judge Richard N. Moore of Little Rock, whose term has expired, for his years of valuable service to this board.